JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

RACHEL S. MORIYAMA #3802
Assistant U.S. Attorney
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Rachel.Moriyama@usdoj.gov

MAJOR JOHN F. LOPEZ
Special Assistant U.S. Attorney
U.S. Army Legal Services Agency
Litigation Division
9275 Gunston Road
Fort Belvoir, Virginia 22060
Telephone: (703) 943-0358
Facsimile: (703) 806-1941
E-mail: john.f.lopez4.mil@mail.mil

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: APPLICATION OF MAJOR JOHN F. LOPEZ TO PRACTICE BEFORE THE COURT | ) MISC. NO.<br>)<br>) APPLICATION TO APPEAR ON<br>) BEHALF OF THE UNITED<br>) STATES; DECLARATION OF<br>) MAJOR JOHN F. LOPEZ<br>) |

## APPLICATION TO APPEAR ON BEHALF OF UNITED STATES

Pursuant to LR83.1(c)(1) of the Local Rules of Practice for the United States District Court for the District of Hawaii, Major John F. Lopez, Special Assistant United States Attorney, notifies the Court of his intention to appear before this Court on behalf of the United States and to attend to the interests of the United States during the period of his appointment as a Special Assistant United States Attorney and applies for leave to do so. A declaration in support of this is filed herewith.

DATED: March 19, 2021, at Fort Belvoir, Virginia.

MAJOR JOHN F. LOPEZ
Special Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: APPLICATION OF<br>MAJOR JOHN F. LOPEZ TO<br>PRACTICE BEFORE THE COURT | ) MISC. NO.<br>)<br>) DECLARATION OF MAJOR JOHN<br>) F. LOPEZ<br>)<br>)<br>) |

## DECLARATION OF MAJOR JOHN F. LOPEZ

1. I am a trial attorney employed by the U.S. Army Legal Services Agency, Litigation Division, and have been appointed a Special Assistant United States Attorney with the United States Attorney's Office for the District of Hawaii, Department of Justice.

2. I expect to appear on behalf of the United States and to tend to the interests of the United States before this Court.

3. I am an active member in good standing of the bar of the Supreme Court of the State of California/Arizona, which is the highest court in that state.

I declare, upon penalty of perjury, that the forgoing is true and correct.

DATED: March 19, 2021, at Fort Belvoir, Virginia.

_____
MAJOR JOHN F. LOPEZ